UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BENTON V. HUBBLE, | ) |
| Plaintiff, | ) |
| vs. | ) 1:04-cv-967-SEB-JPG |
| DENNIS RICE, Sheriff of Montgomery County, et al., | ) |
| Defendants. | ) |

# JUDGMENT

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendants' motions for summary judgment are **granted,** that judgment is entered for the defendants and against the plaintiff, and that this cause of action is dismissed with prejudice.

The costs of this action are assessed against the plaintiff.

Date: 08/29/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James E. Ayers
WERNLE RISTINE & AYERS
ayersj@wralaw.com

Thomas D. Quigley
INDIANA STATE ATTORNEY GENERAL
thomas.quigley@atg.in.gov

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com

Wayne E. Uhl
STEPHENSON MOROW & SEMLER
wuhl@stephlaw.com

Cory Christian Voight
INDIANA STATE ATTORNEY GENERAL
cory.voight@atg.in.gov